USMS# 55929-379
FID# 9300069

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:50 am, Jul 22, 2019
JEFFREY P. COLWELL, CLERK

United States of America
v.
AARON LEE BARRERA
*Defendant*

) Case No. 2:13CR01074-002
)
)
)
)
)

Colorado Case No. 19-mj-00169-STV

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* AARON LEE BARRERA ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

SEE ATTACHED.

Date: 11/14/2018

*Issuing officer's signature*

City and state: CORPUS CHRISTI TX

Arlene Rodriguez, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 07/18/2019 , and the person was arrested on *(date)* 07/18/2019 at *(city and state)* Ft. Carson, Colorado . |
| Date: 07/18/2019 |
| *Arresting officer's signature* |
| Michael E. Youngblood, Deputy US Marshal |
| *Printed name and title* |

Case 2:13-cr-01074 Document 175 (Court only) Filed on 11/14/18 in TXSD Page 1 of 6

PROB 12C
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
November 14, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Aaron Lee Barrera       Case Number: 2:13CR01074-002

Name of Sentencing Judge: The Honorable Janis Graham Jack

Date of Original Sentence: April 25, 2014

Original Offense: Aiding and Abetting the Harboring of Undocumented Aliens

Original Sentence: 57 months custody of the U.S. Bureau of Prisons, followed by a 3 year term of supervised release.

Type of Supervision: Supervised Release       Supervision Started: April 17, 2018

Assistant U.S. Attorney: Jeffrey D. Preston       Defense Attorney: John S. Gilmore, Jr.

## EARLIER COURT ACTION

None.

## PETITIONING THE COURT

To issue a warrant and set a Revocation Hearing to show cause why Supervised Release should not be revoked.

The probation officer believes that the offender has violated the following conditions of supervision:

Barrera, Aaron Lee
Dkt. No. 2:13CR01074-002
Page 2

**Violation Number    Nature of Noncompliance**

1        Association with a Person Convicted of a Felony

From between April 18, 2018, and June 26, 2018, Aaron Lee Barrera associated with Saul Barrera, a person convicted of a felony, without the permission of the probation officer. On January 14, 2013, Saul Barrera was convicted in the United States District Court, Western District of Texas, San Antonio Division, in Case No. SA-12-CR-785(1)-XR, for Illegal Transportation of Aliens, a Class C felony; and on September 29, 2016, Saul Barrera was convicted in the United States District Court, Southern District of Texas, Corpus Christi Division, in Case No. 2:16CR00414-001, for Transportation of an Undocumented Alien, a Class C felony.

**DETAILS:** On April 18, 2018, Aaron Lee Barrera started his term of supervised release in the Corpus Christi Division. On the same date, Aaron Barrera was instructed by United States Probation Officer Bryce D. Stark that he was not to have any contact with his cousin, Saul Barrera, a person known to be a convicted felon and member of the Tango Valluco prison and street gang, unless prior permission was granted. Permission was later granted for work purposes only while employed with Moon Rock Construction. On June 26, 2018, Aaron Lee Barrera admitted to United States Probation Officer Bryce D. Stark that he had spent time socially, not through employment, with Saul Barrera on numerous occasions since he started his term of supervised release on April 18, 2018, and that he had consumed alcohol with Saul Barrera during some of the meetings.

2        Association with a Person Convicted of a Felony

From between on or about May 1, 2018, and June 26, 2018, Aaron Lee Barrera associated with Crystal Ann Forest, a person convicted of a felony, without the permission of the probation officer. On January 11, 2018, Crystal Ann Forest was convicted in the United States District Court, Southern District of Texas, Victoria Division, in Case No. 6:17CR00038-002, for Conspiracy to Transport Undocumented Aliens, a Class C felony.

**DETAILS:** On June 26, 2018, Aaron Lee Barrera admitted to United States Probation Officer Bryce D. Stark that he rode in a vehicle driven by Crystal Ann Forest to Corpus Christi, Texas, to report to United States Probation Officer Bryce D. Stark on June 7, 2018, knowing Forest was a convicted felon also under a term of supervised release, and that he had a sexual relationship with her during the months of May and June 2018.

### 3    Association with a Person Convicted of a Felony

On or about October 31, 2018, Aaron Lee Barrera associated with Saul Barrera, a person convicted of a felony, without the permission of the probation officer. On January 14, 2013, Saul Barrera was convicted in the United States District Court, Western District of Texas, San Antonio Division, in Case No. SA-12-CR-785(1)-XR, for Illegal Transportation of Aliens, a Class C felony; and on September 29, 2016, Saul Barrera was convicted in the United States District Court, Southern District of Texas, Corpus Christi Division, in Case No. 2:16CR00414-001, for Transportation of an Undocumented Alien, a Class C felony.

**DETAILS:** On October 26, 2018, Aaron Lee Barrera communicated a desire to start employment at a business that operates in the Western District of Texas and stated the employment would only allow him to be at his residence in the Southern District of Texas every other weekend. Barrera was instructed to provide detailed information about the employment and provide the details to United States Probation Officer Bryce D. Stark in a letter on the company's letterhead. He was advised that the employment would require a transfer of his supervision to the Western District of Texas and instructed that he was not to accept the employment, or travel to the Western District of Texas, until the Western District of Texas had an opportunity to accept supervision of his term of supervised release.

On October 31, 2018, Barrera was instructed to report to United States Probation Officer Bryce D. Stark regarding a missed urinalysis test at his substance abuse treatment provider. Barrera arrived at the United States Probation Office in work clothing and admitted he accepted the employment in the Western District of Texas, had been in the Western District of Texas from October 29, 2018, until October 31, 2018, without permission, and that he arrived at the United States Probation Office from transportation provided by Saul Barrera, who was waiting in the vehicle outside the courthouse. Aaron Lee Barrera also admitted he drove part of the way to Corpus Christi, Texas, from Pleasanton, Texas, without a valid driver's license.

Aaron Lee Barrera stated during the visit that Saul Barrera was working with him in Pleasanton, Texas, and that was the reason he had contact with him; however, Aaron Lee Barrera was previously instructed not to have contact with Saul Barrera outside of employment at Moon Rock Construction, and it was noted that while Aaron Lee Barrera was seen in clothing that might be associated with oilfield work, Saul Barrera was clean in appearance and was dressed in shorts and a t-shirt. At the end of the office visit, transportation was called for Aaron Lee Barrera and Saul Barrera, as neither he, nor Saul Barrera had a valid Texas driver's license.

| 4 | **Leaving the Judicial District without Permission and Failure to Follow the Instructions of the United States Probation Officer** |

From on or about October 29, 2018, through October 31, 2018, Aaron Lee Barrera traveled outside the Southern District of Texas, to the Western District of Texas, without permission from the United States Probation Officer, and failed to follow the instructions of United States Probation Officer Bryce D. Stark by traveling to the Western District of Texas during the same time.

**DETAILS:** Details are found under violation number three.

| 5 | **Failure to Abide by Drug Treatment Program's Rules and Regulations** |

Aaron Lee Barrera was participating in a drug treatment program with Paramount Therapy and was required to attend two individual counseling sessions and three urine samples per month. Aaron Lee Barrera violated the rules and regulations of the Paramount Therapy treatment program by failing to report as directed for individual counseling sessions for the months of May 2018, August 2018, September 2018, and October 2018, and by failing to submit random urine specimens on June 25, 2018, October 21, 2018, and October 28, 2018.

| 6 | **Failure to Abide by Drug Treatment Program's Rules and Regulations** |

On or about May and June 2018, and October 27, 2018, Aaron Lee Barrera violated the rules and regulations of the Paramount Therapy treatment program which prohibit the use of alcohol, by using alcohol, such use evidenced by the admission to the use of alcohol to United States Probation Officer Bryce D. Stark on June 26, 2018, and October 31, 2018.

**DETAILS:** Details of the alcohol use in May and June 2018 are found in violation number one. On October 31, 2018, a urine specimen was provided by Aaron Lee Barrera to United States Probation Officer Bryce D. Stark. Prior to the specimen being collected, Barrera admitted both verbally and in writing that he had last consumed alcohol on October 27, 2018, and verbally acknowledged that he knew the use of alcohol during substance abuse treatment was a violation of the rules and regulations of the Paramount Therapy treatment program.

7   Failure to Participate as Directed in an Anger Management Program

Aaron Lee Barrera was participating in an anger management program with Paramount Therapy and was required to attend one counseling session per month. Aaron Lee Barrera violated the rules and regulations of the Paramount Therapy treatment program by failing to report as directed for counseling sessions for the months of September 2018 and October 2018.

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be

  ☒ revoked.

  ☐ extended for ___ years, for a total of ___ years.

☐ To modify the conditions of supervision as follows:

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

Respectfully submitted,

By:

_____
Victor Valdez, Supervising
United States Probation Officer

_____
Bryce D. Stark
United States Probation Officer
November 14, 2018

Barrera, Aaron Lee
Docket Number: 2:13CR01074-002
Page 6

THE COURT ORDERS:

[ ]   No Action

[X]   The Issuance of a Warrant, and no bond.

[ ]   The Issuance of a Warrant, and a bond of $_____ cash / surety with supervision as directed by the Probation Officer as a condition of said bond.

[ ]   The Issuance of a Summons.

[ ]   Other:

_____
Janis Graham Jack
Senior United States District Judge

November 14, 2018
Date